IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEITH CRONIN**                                            **PLAINTIFF**

v.                        **NO. 3:17-CV-321-BD**

**SOCIAL SECURITY ADMINISTRATION**             **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

SO ORDERED, this 14th day of November, 2018.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE